Donald E Rothman
**Riemer | Braunstein LLP**
Three Center Plaza, Suite 600
Boston, Massachusetts 02108
Tel: 617-880-3556   Fax: 617-692-3556
DRothman@riemerlaw.com

Steven E. Fox
**Riemer | Braunstein LLP**
Times Square Tower
Seven Times Square, Suite 2506
New York, NY  10036
Tel: (212) 789-3150   Fax: (212) 789-3195
sfox@riemerlaw.com

Josiah M. Daniel, III, SBT #05358500
Rebecca L. Petereit, SBT # 24062776
**Vinson & Elkins L.L.P.**
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel:  214-220-7700   Fax: 214.999.7744
jdaniel@velaw.com; rpetereit@velaw.com

COUNSEL FOR SECURED CREDITORS
MONROE CAPITAL CORPORATION,
MONROE CAPITAL PARTNERS FUND LP, AND
MONROE CAPITAL MANAGEMENT ADVISORS LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| TPP ACQUISITION, INC. d/b/a | § | Case No. 16-33437-hdh11- |
| The Picture People,, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorneys of RIEMER & BRAUNSTEIN LLP, as lead counsel, and VINSON & ELKINS L.L.P., as Texas counsel, appear on behalf of **MONROE CAPITAL CORPORATION, MONROE CAPITAL PARTNERS FUND LP, AND MONROE CAPITAL MANAGEMENT**

**ADVISORS LLC**, as secured creditors and parties in interest, file this *Notice of Appearance*, and request notice of all hearings and conferences and service of all papers herein, including all papers and notices under Bankruptcy Rules 2002, 3017, 9007 and 9010, and Bankruptcy Code §§ 342 and 1109(b).

All notices, pleadings, and papers shall be served upon:

>Donald E Rothman
>**Riemer | Braunstein LLP**
>Three Center Plaza, Suite 600
>Boston, Massachusetts 02108
>DRothman@riemerlaw.com
>
>Steven E. Fox
>**Riemer | Braunstein LLP**
>Times Square Tower
>Seven Times Square, Suite 2506
>New York, NY  10036
>sfox@riemerlaw.com
>
>Josiah M. Daniel, III, SBT #05358500
>Rebecca L. Petereit, SBT # 24062776
>**VINSON & ELKINS L.L.P.**
>2001 Ross Avenue, Suite 3700
>Dallas, Texas 75201-2975
>jdaniel@velaw.com; rpetereit@velaw.com

**PLEASE TAKE FURTHER NOTICE** that this demand includes not only the notices and papers in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also, without limitation, the schedules, statement of financial affairs, reports, letters, applications, motions, complaints, objections, claims, demands, hearings, petitions, pleadings, or requests, whether formal or informal, whether written or oral, and howsoever transmitted or filed with or delivered to the

Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with this case and any related proceedings.

Dated: September 2, 2016

        Respectfully submitted,

        */s/ Donald E Rothman*
        Donald E Rothman
        **Riemer | Braunstein LLP**
        Three Center Plaza, Suite 600
        Boston, Massachusetts 02108
        Tel: 617-880-3556  Fax: 617-692-3556
        DRothman@riemerlaw.com

        Steven E. Fox
        **Riemer | Braunstein LLP**
        Times Square Tower
        Seven Times Square, Suite 2506
        New York, NY  10036
        Tel: (212) 789-3150  Fax: (212) 789-3195
        sfox@riemerlaw.com

and

        */s/ Josiah M. Daniel, III*
        Josiah M. Daniel, III, SBT #05358500
        Rebecca L. Petereit, SBT # 24062776
        **Vinson & Elkins L.L.P.**
        2001 Ross Avenue, Suite 3700
        Dallas, Texas 75201-2975
        Tel: 214-220-7700  Fax: 214.999.7744
        Email: jdaniel@velaw.com; rpetereit@velaw.com

        **ATTORNEYS FOR SECURED CREDITORS**
        **MONROE CAPITAL CORPORATION,**
        **MONROE CAPITAL PARTNERS FUND LP, AND**
        **MONROE CAPITAL MANAGEMENT ADVISORS**
        **LLC**

## Certificate of Service

    I hereby certify that the foregoing document was served on September 2, 2016, by the Electronic Case Filing system for the Bankruptcy Court for the Northern District of Texas, which gives notice to all counsel of record and by U.S. Mail to the U.S. Trustee, 1100 Commerce Street, Rm. 12A4, Dallas TX 75242-1496.

                                              /s/     *Josiah M. Daniel, III*
                                                           One of Counsel

US 4592794v.2