Josiah M. Daniel, III, SBT #05358500
**Vinson & Elkins L.L.P.**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel:  214.220.7700   Fax: 214.220.7716
jdaniel@velaw.com

Donald E Rothman
**Riemer | Braunstein LLP**
Three Center Plaza, Suite 600
Boston, Massachusetts 02108
Tel: 617-880-3556   Fax: 617-692-3556
DRothman@riemerlaw.com

Steven E. Fox
**Riemer | Braunstein LLP**
Times Square Tower
Seven Times Square, Suite 2506
New York, NY  10036
Tel: (212) 789-3150   Fax: (212) 789-3195
sfox@riemerlaw.com

**COUNSEL FOR SECURED CREDITORS
MONROE CAPITAL CORPORATION,
MONROE CAPITAL PARTNERS FUND LP,  AND
MONROE CAPITAL MANAGEMENT ADVISORS LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § § | | |
| **TPP ACQUISITION, INC. d/b/a,** § | Case No. 16-33437-hdh11 | |
| **The Picture People,** § § | (Chapter 11) | |
| **Debtor.** § | | |

### APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name:   Fox          Steven       E.
           *Last         First         MI*
2. Firm Name: Riemer | Braunstein LLP

3. Address:   Times Square Tower
              Seven Times Square, Suite 2506
              New York, NY 10036

**Application for Admission *Pro Hac Vice (Steven E. Fox)* - Page 1**

4. Phone: __(212) 789-3150__    FAX: __(212) 789-3195__

5. Name used to sign *all* pleadings: Steven E. Fox

6. Retained by: Monroe Capital Corporation, Monroe Capital Partners Fund LP, and Monroe Capital Management Advisors LLC

7. Admitted on January 14, 1987 and presently a member in good standing of the bar of the highest court of the state of New York and issued the bar license number of 2093250.

8. Admitted to practice before the following courts:

| *Court:* | *Admission Date:* |
|---|---|
| U.S. District Court, D.C.D. | 1987 |
| U.S. District Court, S.D.N.Y | January 14, 1987 |
| U.S. District Court, E.D.N.Y | October 25, 1993 |
| U.S. District Court, N.D.N.Y | July 2, 2012 |
| U.S. District Court, N.D. Ill. | October 23, 2002 |
| U.S. District Court, S.D. Ohio | February 5, 2004 |

9. Are you presently a member in good standing of the bars of the courts listed above?

    ☒Yes ☐No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐Yes ☒No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐Yes ☒No

    If "Yes," please provide details:

**Application for Admission *Pro Hac Vice (Steven E. Fox)* - Page 2**

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*       *Case No. and Style*
    3/17/2014                   Case No. 14-31252
                                 In re: Tandy Brands Accessories, Inc.

13. Local counsel of record:  Josiah M. Daniel, III

14. Local counsel's address:  Vinson & Elkins LLP
                              2001 Ross Avenue, Suite 3700
                              Dallas, TX 75201

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00.

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on _____.

Steven E. Fox                                         September 2, 2016
Printed Name of Applicant                             Date

/s/ *Steven E. Fox*
Signature of Applicant

## Certificate of Service

I hereby certify that the foregoing document was served on September 2, 2016, by the Electronic Case Filing system for the Bankruptcy Court for the Northern District of Texas, which gives notice to all counsel of record and by U.S. Mail to the U.S. Trustee, 1100 Commerce Street, Rm. 12A4, Dallas TX 75242-1496.

                          /s/    Josiah M. Daniel, III
                                 One of Counsel